-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Taliba Thompson                                : CHAPTER 13

    Debtor                                              : NO. 19-14903

**ORDER**

AND NOW, this 22nd day of August, 2019, it is hereby ORDERED that the Motion for Extension of Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until August 30, 2019 to file all documents necessary to complete the case.

_____
Ashely M. Chan
United States Bankruptcy Judge