United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-14903-amc
Taliba Thomson                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Linda              Page 1 of 1            Date Rcvd: Aug 22, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db             +Taliba Thomson,    6743 Linmore Ave.,    Philadelphia, PA 19142-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              SHARON S. MASTERS    on behalf of Debtor Taliba   Thomson shmasters@hotmail.com,
               G65312@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                 TOTAL: 4

-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Taliba Thompson                           : CHAPTER 13

   Debtor                                            : NO. 19-14903

**ORDER**

AND NOW, this 22nd day of August, 2019, it is hereby ORDERED that the Motion for Extension of Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until August 30,  2019 to file all documents necessary to complete the case.

_____
Ashely M. Chan
United States Bankruptcy Judge