```
002392
CO.     FILE     DEPT.     CLOCK     VCHR. NO.   055
XS6    001917   000363               0000260045    1
```

# Earnings Statement

**ADP**

WES HEALTH CENTERS INC.
1315 WINDRIM AVENUE
PHILADELPHIA, PA 19141

Period Beginning:  06/10/2019
Period Ending:     06/23/2019
Pay Date:          06/28/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:    3
   PA:         N/A

TALIBA THOMPSON
6743 LINMORE AVENUE
PHILADELPHIA, PA 19142

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.9231 | 67.50 | 1,142.31 | 13,800.81 |
| Vacation | 16.9231 | 7.50 | 126.92 | 1,015.37 |
| Holiday | | | | 761.53 |
| Personal | | | | 253.84 |
| Sick | | | | 651.52 |
| **Gross Pay** | | | **$1,269.23** | 16,483.07 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.74 | 9.62 |
| Personal Bal | | 9.00 |
| Sick Bal | | 28.15 |
| Vacation Bal | | 31.49 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -54.00 | | 715.12 |
| Social Security Tax | -70.91 | | 928.62 |
| Medicare Tax | -16.59 | | 217.18 |
| PA State Income Tax | -35.09 | | 459.53 |
| Philadelphia Income Tax | -49.29 | | 640.11 |
| PA SUI/SDI Tax | -0.76 | | 9.89 |
| Other | | | |
| Pretax Dental | -3.40* | | 40.80 |
| Pretax Medical | -122.84* | | 1,474.08 |
| **Net Pay** | **$916.35** | | |
| Savings | -916.35 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,142.99

© 1998, 2006. ADP, LLC  All Rights Reserved.

# Earnings Statement

**ADP**

WES HEALTH CENTERS INC.
1315 WINDRIM AVENUE
PHILADELPHIA, PA 19141

Period Beginning: 06/24/2019
Period Ending: 07/07/2019
Pay Date: 07/12/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

TALIBA THOMPSON
6743 LINMORE AVENUE
PHILADELPHIA, PA 19142

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.9231 | 53.50 | 905.39 | 14,706.20 |
| Holiday | 16.9231 | 15.00 | 253.85 | 1,015.38 |
| Sick | 16.9231 | 6.50 | 110.00 | 761.52 |
| Personal | | | | 253.84 |
| Vacation | | | | 1,015.37 |
| **Gross Pay** | | | **$1,269.24** | 17,752.31 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.74 | 10.36 |
| Personal Bal | | 9.00 |
| Sick Bal | | 25.11 |
| Vacation Bal | | 35.82 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -54.00 | 769.12 |
| Social Security Tax | -70.92 | 999.54 |
| Medicare Tax | -16.58 | 233.76 |
| PA State Income Tax | -35.09 | 494.62 |
| Philadelphia Income Tax | -49.16 | 689.27 |
| PA SUI/SDI Tax | -0.76 | 10.65 |
| **Other** | | |
| Pretax Dental | -3.40* | 44.20 |
| Pretax Medical | -122.84* | 1,596.92 |
| **Net Pay** | **$916.49** | |
| Savings | -916.49 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,143.00

© 1998, 2006, ADP, LLC. All Rights Reserved

TEAR HERE

```
001135
CO.    FILE    DEPT.    CLOCK    VCHR. NO.    055
XS6    001917  000363            0000360045    1
```

WES HEALTH CENTERS INC.
1315 WINDRIM AVENUE
PHILADELPHIA, PA 19141

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 08/19/2019 |
| Period Ending: | 09/01/2019 |
| Pay Date: | 09/06/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  3
  PA:  N/A

TALIBA THOMPSON
6743 LINMORE AVENUE
PHILADELPHIA, PA 19142

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.9231 | 76.00 | 1,286.16 | 18,530.82 |
| Holiday | | | | 1,015.38 |
| Personal | | | | 380.76 |
| Sick | | | | 1,269.21 |
| Vacation | | | | 1,649.98 |
| **Gross Pay** | | | **$1,286.16** | 22,846.15 |

Your federal taxable wages this period are $1,159.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.74 | 13.32 |
| Personal Bal | | 1.50 |
| Sick Bal | | 8.95 |
| Vacation Bal | | 15.64 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -56.03 | 987.15 |
| | Social Security Tax | -71.96 | 1,284.23 |
| | Medicare Tax | -16.83 | 300.34 |
| | PA State Income Tax | -35.61 | 635.50 |
| | Philadelphia Income Tax | -49.82 | 886.57 |
| | PA SUI/SDI Tax | -0.77 | 13.71 |
| | **Other** | | |
| | Pretax Dental | -3.40* | 57.80 |
| | Pretax Medical | -122.84* | 2,088.28 |
| | **Net Pay** | **$928.90** | |
| | Check | -500.00 | |
| | Savings | -428.90 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC   All Rights Reserved.

▼ TEAR HERE

```
001864
CO.      FILE      DEPT.     CLOCK    VCHR. NO.   055
XS6     001917    000363              0000380045   1
```

WES HEALTH CENTERS INC.
1315 WINDRIM AVENUE
PHILADELPHIA, PA 19141

# EARNINGS Statement

Period Beginning:   09/02/2019
Period Ending:      09/15/2019
Pay Date:           09/20/2019

ADP

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  3
   PA:       N/A

TALIBA THOMPSON
6743 LINMORE AVENUE
PHILADELPHIA, PA 19142

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 16.9231 | 68.75 | 1,163.46 | 19,694.28 |
| Holiday  | 16.9231 | 7.50  | 126.92   | 1,142.30  |
| Personal |         |       |          | 380.76    |
| Sick     |         |       |          | 1,269.21  |
| Vacation |         |       |          | 1,649.98  |
| **Gross Pay** | | | **$1,290.38** | 24,136.53 |

Your federal taxable wages this period are $1,164.14

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 0.74 | 14.06 |
| Personal Bal |  | 9.00 |
| Sick Bal |  | 12.41 |
| Vacation Bal |  | 19.97 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -56.54 | 1,043.69 |
| Social Security Tax | -72.22 | 1,356.45 |
| Medicare Tax | -16.89 | 317.23 |
| PA State Income Tax | -35.74 | 671.24 |
| Philadelphia Income Tax | -49.98 | 936.55 |
| PA SUI/SDI Tax | -0.77 | 14.48 |
| **Other** | | |
| Pretax Dental | -3.40* | 61.20 |
| Pretax Medical | -122.84* | 2,211.12 |
| **Net Pay** | **$932.00** | |
| Check | -500.00 | |
| Savings | -432.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

```
002284
CO.    FILE      DEPT.    CLOCK   VCHR. NO.   055
XS6    001917   000363            0000400039   1
```

# EARNINGS Statement    ADP

WES HEALTH CENTERS INC.
1315 WINDRIM AVENUE
PHILADELPHIA, PA 19141

Period Beginning:   09/16/2019
Period Ending:      09/29/2019
Pay Date:           10/04/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:   3
  PA:        N/A

TALIBA THOMPSON
6743 LINMORE AVENUE
PHILADELPHIA, PA 19142

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.9231 | 64.00 | 1,083.08 | 20,777.36 |
| Sick | 16.9231 | 11.00 | 186.15 | 1,455.36 |
| Holiday | | | | 1,142.30 |
| Personal | | | | 380.76 |
| Vacation | | | | 1,649.98 |
| Gross Pay | | | $1,269.23 | 25,405.76 |

Your federal taxable wages this period are $1,142.99

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 0.74 | 14.80 |
| Personal Bal | | 9.00 |
| Sick Bal | | 4.87 |
| Vacation Bal | | 24.30 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -54.00 | 1,097.69 | |
| Social Security Tax | -70.91 | 1,427.36 | |
| Medicare Tax | -16.59 | 333.82 | |
| PA State Income Tax | -35.09 | 706.33 | |
| Philadelphia Income Tax | -49.16 | 985.71 | |
| PA SUI/SDI Tax | -0.76 | 15.24 | |
| Other | | | |
| Pretax Dental | -3.40* | 64.60 | |
| Pretax Medical | -122.84* | 2,333.96 | |
| Net Pay | $916.48 | | |
| Check | -500.00 | | |
| Savings | -416.48 | | |
| Net Check | $0.00 | | |

\* Excluded from federal taxable wages

© 1998, 2006, ADP, LLC  All Rights Reserved.

◄ TEAR HERE

```
002345
CO.    FILE    DEPT.    CLOCK    VCHR. NO.    055
XS6    001917  000363              0000420040   1
```

WES HEALTH CENTERS INC.
1315 WINDRIM AVENUE
PHILADELPHIA, PA 19141

# Earnings Statement  ADP

| | |
|---|---|
| Period Beginning: | 09/30/2019 |
| Period Ending: | 10/13/2019 |
| Pay Date: | 10/18/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    3
  PA:    N/A

TALIBA THOMPSON
6743 LINMORE AVENUE
PHILADELPHIA, PA 19142

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.9231 | 69.00 | 1,167.69 | 21,945.05 |
| Vacation | 16.9231 | 6.00 | 101.54 | 1,751.52 |
| Holiday | | | | 1,142.30 |
| Personal | | | | 380.76 |
| Sick | | | | 1,455.36 |
| **Gross Pay** | | | **$1,269.23** | 26,674.99 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.00 | 1,151.69 |
| | Social Security Tax | -70.92 | 1,498.28 |
| | Medicare Tax | -16.58 | 350.40 |
| | PA State Income Tax | -35.09 | 741.42 |
| | Philadelphia Income Tax | -49.16 | 1,034.87 |
| | PA SUI/SDI Tax | -0.76 | 16.00 |
| | Other | | |
| | Pretax Dental | -3.40* | 68.00 |
| | Pretax Medical | -122.84* | 2,456.80 |
| | **Net Pay** | **$916.48** | |
| | Check | -500.00 | |
| | Savings | -416.48 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,142.99

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 0.74 | 15.54 |
| Personal Bal | | 9.00 |
| Sick Bal | | 8.33 |
| Vacation Bal | | 22.63 |

**Important Notes**
BASIS OF PAY: HOURLY

\* Excluded from federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE