# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-14903-AMC

TALIBA THOMSON

6743 LINMORE AVE.

PHILADELPHIA, PA 19142-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TALIBA THOMSON

    6743 LINMORE AVE.

    PHILADELPHIA, PA 19142-

**Counsel for debtor(s), by electronic notice only.**
    SHARON S. MASTERS, ESQ.
    2201 PENNSYLVANIA AVE
    #517
    PHILADELPHIA, PA 19130-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 10/29/2019

                                        _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee