**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Taliba Thompson** | ) | **No. 19-14903** |
| Debtor(s) | ) | **Chapter 13** |

**PRAECIPE TO WITHDRAW DOCUMENTS**

TO THE CLERK:

    Please withdraw documents filed at docket nos. 49 and 50.  These documents are duplicative of documents already filed.

    Thanks.

    /s/ Sharon S. Masters, Esq.

Sharon S. Masters, Esq., Attorney for Debtor              Dated:  3/3/2020