IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Taliba Thompson | : | Chapter 13 |
| Debtor | : | No. 19-14903 |

### CERTIFICATION OF NO RESPONSE

    I, Sharon S. Masters, Attorney for Debtor, hereby certify that I served the Notice and Application for Attorney Compensation on appropriate parties and that more than fourteen (14) days have passed with no response or objection thereto.  Applicant respectfully requests the Court enter the proposed Order granting the  Application without a hearing.

                                                            **THE LAW OFFICE OF SHARON S. MASTERS**

                                                            **By: /s/ Sharon S. Masters, Esq.**

                                                            **Sharon S. Masters, Esq.**

                                                           **Attorney for Debtor**

**Date:` 6/13/2020**