IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

| | |
|---|---|
| IN RE: Taliba Thompson | : CHAPTER 13 |
| Debtor | : NO. 19-14903 |

**ORDER**

AND NOW, this 15th day of June, 2020, upon consideration of the Application for Attorney Compensation, it is hereby ORDERED that the Application is GRANTED. Counsel is awarded attorney's fees of $1,200.00 and expenses of $0.00. The fee balance of $600.00 shall be paid through the Chapter 13 Plan as proposed.

_____
Ashely M. Chan
United States Bankruptcy Judge