# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Taliba Thompson  <br>　　　　　　　　　Debtor(s) <br><br>MIDFIRST BANK, its successors and/or assigns <br>　　　　　　　　　Movant <br>　　　vs. <br><br>Taliba Thompson <br>　　　　　　　　　Debtor(s) <br><br>William C. Miller Esq. <br>　　　　　　　　　Trustee | CHAPTER 13 <br><br><br><br><br>NO. 19-14903 ELF <br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion to Approve Loan Modification of MIDFIRST BANK, which was filed with the Court on or about **September 1, 2020**, document number 66.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　412-430-3594

September 1, 2020