# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-14903-ELF

TALIBA THOMSON

6743 LINMORE AVE.

PHILADELPHIA, PA 19142-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TALIBA THOMSON

6743 LINMORE AVE.

PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

SHARON S. MASTERS, ESQ.
2201 PENNSYLVANIA AVE
APT 517
PHILADELPHIA, PA 19130-

Date: 12/1/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee