**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                   Chapter 13
TALIBA THOMSON

                     Debtor                    Bankruptcy No. 19-14903-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 6, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
2201 PENNSYLVANIA AVE
APT 517
PHILADELPHIA, PA 19130-

Debtor:
TALIBA  THOMSON

6743 LINMORE AVE.

PHILADELPHIA, PA 19142-