United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Taliba Thompson  
    Debtor(s)

Case No. 19-14903-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 06, 2021      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taliba Thompson, 6743 Linmore Lane, Philadelphia, PA 19142-1806 |
| cr | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14368313 | + | Brook R. Waisbord, Esq., 701 Market St. Ste. 5000, Philadelphia, PA 19106-1541 |
| 14368322 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, 911 Duke Blvd., Mason, OH 45040 |
| 14412247 | | Educational Credit Management Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14368315 | + | Federal Loan Servicing, POB 60610, Harrisburg, PA 17106-0610 |
| 14376601 | + | MIDFIRST BANK, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14404462 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14368312 | + | Midland Mortgage/Midfirst Ban, POB 268959, Oklahoma City, OK 73126-8959 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 07 2021 03:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2021 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 07 2021 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2021 03:28:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14368318 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 07 2021 03:30:06 | Capital One Bank, POB 85015, Richmond, VA 23285 |
| 14413967 | | Email/Text: megan.harper@phila.gov | Jan 07 2021 03:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14385709 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 07 2021 03:39:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14399636 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2021 03:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14368317 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2021 03:51:00 | Comenity Bank/Victoria?s Secret, POB 182789, Columbus, OH 43218-2789 |
| 14402434 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2021 03:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

Case 19-14903-elf    Doc 75    Filed 01/08/21    Entered 01/09/21 00:53:15    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 14368321 | + | Email/Text: recoveryservicesgroup@fedchoice.org | Jan 07 2021 03:51:00 | Fedchoice Federal Cr. Un, 10001 Willowdale Rd., Lanham, MD 20706-4321 |
| 14368325 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2021 03:51:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14368316 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:33:45 | LVNV Funding, 625 Pilot Road, Ste. 2/3, Las Vegas, NV 89119-4485 |
| 14401446 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:28:51 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14373632 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:28:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14368314 | + | Email/PDF: pa_dc_claims@navient.com | Jan 07 2021 03:28:49 | Navient, POB 9655, Wilkes-Barre, PA 18773-9655 |
| 14401716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2021 03:28:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14368324 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2021 03:51:00 | Pennsylvania Department of Revenue Bankruptcy Divi, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14385629 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 07 2021 03:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14399884 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2021 03:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14368320 | + | Email/Text: bankruptcy@sw-credit.com | Jan 07 2021 03:51:00 | Southwest Credit System, 4120 International Pkw, Ste. 1100, Carrollton, TX 75007-1958 |
| 14368505 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2021 03:33:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14368319 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2021 03:33:36 | Synchrony Bank/Walmart, 4125 Windward Pl., Alpharetta, GA 30005-8738 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14368323 | | CITY OF PHILADELPHIA LAW MUNICIPAL SERVICES BUILDI, 1401 JOHN F KENNEDY BLVD 5TH Floor PHILA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021            Signature:        /s/Joseph Speetjens

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: pdf900 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Taliba Thompson shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 4

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
TALIBA THOMSON

Chapter 13

Debtor

Bankruptcy No. 19-14903-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 6, 2021**

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
SHARON S. MASTERS, ESQ.  
2201 PENNSYLVANIA AVE  
APT 517  
PHILADELPHIA, PA 19130-

Debtor:  
TALIBA THOMSON

6743 LINMORE AVE.

PHILADELPHIA, PA 19142-